NUMBERS 13-04-056-CR and 13-04-057-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
________________________________________________________

REYNALDO SOTO,                                                           Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
________________________________________________________

On appeal from the 92nd District Court 
of Hidalgo County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellant, REYNALDO SOTO, perfected appeals from judgments entered by the
92nd District Court of Hidalgo County, Texas, in cause numbers CR-3142-03-A and
CR-3547-03-A. Appellant has filed a motion to dismiss the appeals. The motion
complies with Tex. R. App. P. 42.2(a).
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeals, is of the opinion that appellant's motion to dismiss the appeals
should be granted. Appellant's motion to dismiss the appeals is granted, and the
appeals are hereby DISMISSED.
                                                               PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Opinion delivered and filed this
the 11th day of March, 2004.